UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE MCCARTY,<br><br>            Plaintiff,<br><br>     v.<br><br>PIONEER CREDIT RECOVERY, INC., and DOES 1-10, inclusive,<br><br>            Defendant. | NO:  2:14-CV-89-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 4. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | The District Court Clerk is directed to enter this Order, provide copies to
2 | counsel, and **close this case**.
3 | **DATED** this 6th day of May 2014.

4 |                          *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
5 |                          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2